

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF:BET
F. #2025R00575

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2025

<u>By ECF and E-mail</u>

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Michael Jafferakos and Anthony Cina</u>
            <u>Criminal Docket No. 25-332 (WFK)</u>

Dear Judge Kuntz:

      The government respectfully submits this letter to request that Assistant United States Attorneys Brooke Theodora and Kaitlin Farrell be removed as counsel of record in the above-captioned matter, as they are no longer assigned to this case.

                            Respectfully submitted,

                            JOSEPH NOCELLA, JR.
                            United States Attorney

             By:    <u>/s/ Brooke Theodora</u>
                     Brooke Theodora
                     Assistant U.S. Attorney
                     (718) 254-6342

cc:    Clerk of Court (WFK) (by ECF)
       Counsel of Record (by ECF)